| | | |
|---|---|---|
| People v Aquart | 2d Dept: 149 AD3d 768 (Westchester) | denied* 8/16/17 (Rivera, J.) |
| People v Arpi | 2d Dept: 150 AD3d 1256 (Westchester) | denied 8/15/17 (Garcia, J.) |
| People v Atkins | 1st Dept: 150 AD3d 624 (NY) | denied 8/7/17 (Wilson, J.) |
| People v Auguste | 2d Dept: 151 AD3d 734 (Kings) | denied 8/15/17 (Garcia, J.) |
| People v Auslander | 1st Dept: 149 AD3d 640 (NY) | denied 8/4/17 (Wilson, J.) |
| People v Ayrhart | 4th Dept: 151 AD3d 1781 (Orleans) | denied 8/25/17 (Garcia, J.) |
| People v Azaz | 2d Dept: 147 AD3d 1076 (Kings) | denied 8/23/17 (Fahey, J.) |
| People v Baldwin | 4th Dept: 151 AD3d 1744 (Monroe) | denied 8/22/17 (Garcia, J.) |
| People v Barnette (Andrew) | 2d Dept: 150 AD3d 1134 (Kings) | denied 8/16/17 (Garcia, J.) |
| People v Barnette (Bertram) | 2d Dept: 150 AD3d 1136 (Kings) | denied 8/16/17 (Garcia, J.) |
| People v Barry | 1st Dept: 149 AD3d 494 (NY) | denied 8/14/17 (Garcia, J.) |
| People v Barton | 1st Dept: 150 AD3d 506 (NY) | denied 8/24/17 (Stein, J.) |
| People v Beloved | 3d Dept: 149 AD3d 1252 (Clinton) | denied 8/15/17 (Garcia, J.) |
| People v Blackwell | 4th Dept: 151 AD3d 1714 (Monroe) | denied 8/15/17 (DiFiore, Ch. J.) |
| People v Blanco | App Term, 1st Dept: 56 Misc 3d 127(A) (Bronx) | denied 8/16/17 (Rivera, J.) |
| People v Blarr (Paul) | 4th Dept: 149 AD3d 1606 (Erie) | denied 8/16/17 (Rivera, J.) (Appeal No. 1) |
| People v Blarr (Paul) | 4th Dept: 149 AD3d 1606 (Erie) | denied 8/16/17 (Rivera, J.) (Appeal No. 2) |
| People v Blunt | 4th Dept: 149 AD3d 1573 (Wyoming) | denied 8/15/17 (Garcia, J.) |
| People v Bogar | 4th Dept: 149 AD3d 1625 (Niagara) | denied 8/16/17 (Stein, J.) |
| People v Bond (Richard) | App Div, 2d Dept: 2017 NY Slip Op 74086(U) (Queens) | dismissed 8/11/17 (Wilson, J.) |
| People v Bond (Richard) | 2d Dept: 144 AD3d 1169 (Queens) | denied 8/11/17 (Wilson, J.) |
| People v Bornschein (Gerald) | County Ct, 4/10/17 (Ulster) | dismissed 8/9/17 (Stein, J.) |
| People v Bornschein (Gerald) | County Ct, 11/29/16 (Ulster) | denied 8/9/17 (Stein, J.) |

---

* Denied, with leave to renew within 30 days after the Court of Appeals renders a decision in *People v Myers* (145 AD3d 1596 [4th Dept 2016], *lv granted* 29 NY3d 1093 [2017]).